HALE *against* ANGEL.

Where an execution, issued on a judgment in a Justice's Court, is not returned at all by the constable, the common law right of the party remains unimpaired, and he may bring an action of debt on the judgment.

IN ERROR, on *certiorari* to a Justice's Court. *Hale* brought an action of debt, in the Court below, on a judgment obtained in a Justice's Court, the 16th of *April*, 1816, for 10 dollars and 73 cents. Execution had been issued on the judgment the 3d of *August*, 1816; but the constable absconded, and it was never returned. The defendant rested his defence solely on the ground, that, according to the *eleventh* section of the *twenty-five dollar act*, no action of debt will lie on a judgment of a Justice's Court, until after execution has been returned unsatisfied. On that ground, a verdict was given for the defendant below, on which the Justice rendered judgment.

*Per Curiam.* The 11th section of the act (1 *N. R. L.* 387. sess. 36. ch. 53.) directs the Justice to issue execution on his judgment, and provides, that if the execution be returned, unsatisfied, it may be renewed, or the party recovering the judgment may bring an action of debt thereon, &c. There are no negative words, that the party shall not sue on the judgment until the execution has been returned. The common law right of bringing an action of debt, as soon as a judgment is recovered, remains unimpaired. The statute does not give the action of debt, but is merely explanatory of the common law right. We are, therefore, of opinion, that the judgment of the Court below ought to be reversed.

Judgment of reversal.